# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 20-cv-20391-BLOOM/Reid

GAYNETT POWELL,

    Plaintiff,

v.

DOCTOR BERMUDEZ, of Dade
Correctional Institution, *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge Re: Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief of the Honorable Lisette M. Reid. ECF No. [15] ("Report"). On March 16, 2020, Judge Reid issued the Report recommending that the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief, ECF No. [7] ("Motion"), be denied on the merits. ECF No. [15] at 1. The Report further advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* at 7-8. To date, Plaintiff has not filed any objections.

This Court has conducted a *de novo* review of Judge Reid's Report and the record, and is otherwise fully advised. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well reasoned and correct. The Court agrees with the analysis in the Report and concludes that Plaintiff's Motion should be denied for the reasons set forth therein.

Moreover, on January 31, 2020, the Court issued an order requiring Plaintiff to file an Amended Complaint curing the deficiencies in the initial pleading. ECF No. [6]. Plaintiff was

further ordered to file this Amended Complaint by no later than March 24, 2020. ECF No. [10]. To date, Plaintiff has failed to comply with the Court's deadline. As such, the Court concludes that the instant action must be dismissed for Plaintiff's failure to comply with court orders.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [15]**, is **ADOPTED**.

2. The Motion, **ECF No. [7]**, is **DENIED**.

3. The above-styled action is **DISMISSED WITHOUT PREJUDICE**.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 8, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Copies to:

Gaynett Powell
L07899
Northwest Florida Reception Center
Inmate Mail/Parcels
4455 Sam Mitchell Drive
Chipley, FL 32428