UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20391-BLOOM/Reid

GAYNETT POWELL,

    Plaintiff,
v.

DOCTOR BERMUDEZ, of Dade
Correctional Institution, *et al.*,

    Defendants.
_____/

### ORDER ON APPLICATION TO APPEAL *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Plaintiff's Application for Permission to Appeal *In Forma Pauperis*, ECF No. [27] ("Application"), filed on August 18, 2020. The Court previously granted Plaintiff's application to proceed *in forma pauperis* in the instant action. *See* ECF No. [14]. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." Fed. R. App. P. 24(a)(3).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Application, **ECF No. [27]**, is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 18, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 20-cv-20391-BLOOM/Reid

Copies to:

Gaynett Powell
L07899
Northwest Florida Reception Center
Inmate Mail/Parcels
4455 Sam Mitchell Drive
Chipley, FL 32428